ANN MORGAN, ESQ.
Nevada Bar No. 933
MATTHEW P. DIGESTI, ESQ.
Nevada Bar No. 9793
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Telephone:  (775) 788-2200
Facsimile:  (775) 786-1177
e-mail: mdigesti@fclaw.com

*Attorneys for Defendants William M.. Lawson, Jr., Sharon Ondreyco, M.D., individually and as Trustees of the WilliamM. Lawson Irrevocable Trust, dated December 17,1997*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN BRYANT LAWSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM M. LAWSON, Jr., SHARON ONDREYCO, M.D. individually and in their capacities as Trustees of the William M. Lawson Irrevocable Trust dated December, 17, 1997, and DOES 1 to 5, inclusive,<br><br>Defendants. | CASE NO.:  3:14-cv-00345-WGC<br><br>**STIPULATION AND ORDER FOR SERVICE OF DISCOVERY DOCUMENTS VIA E-MAIL** |

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned counsel hereby stipulate and agree

/////

/////

/////

/////

/////

/////

10025753.1/037322.0001

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

that any documents that must be served on parties, but are not filed with the Court's electronic filing system, may be served via e-mail.  In accordance with FRCP 5(b)(2)(E), service is complete upon transmission, but is not effective if the serving party learns that it did not reach the person to be served.

Documents served via e-mail must be transmitted to the following e-mail addresses: Mary Marsh Linde at: mmlrealaw@yahoo.com on behalf of Plaintiff;  Ann Morgan at: amorgan@fclaw.com and Matthew P. Digesti at mdigesti@fclaw.com on behalf of Defendants.

DATED: This 11th day of February, 2015.

FENNEMORE CRAIG, P.C.


By:     /s/  Matthew Digesti_____
   Ann Morgan, Esq.
   Nevada Bar No. 933
   Matthew P. Digesti, Esq.
   Nevada Bar No. 9793
   300 E. Second St., Suite 1510
   Reno, NV 89501
   (Tel) 775-788-2228
   (Fax) 775-788-2229
   amorgan@fclaw.com
   mdigesti@fclaw.com

*Attorneys for Defendants William M.. Lawson, Jr., Sharon Ondreyco, M.D., individually and as Trustees of the William M. Lawson Irrevocable Trust, dated December 17,1997*

_____/s/  Mary Marsh Linde_____
Mary Marsh Linde, Esq.
16 Chablis Drive
Reno, NV 89512
(Tel) 775-741-5659

*Attorney for Plaintiff John Bryant Lawson*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

February 12, 2015
DATE

10025753.1/037322.0001

2

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200