# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN BRYANT LAWSON, | ) | 3:14-cv-00345-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | September 30, 2015 |
| WILLIAM M. LAWSON, JR., etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' Motion to Strike Plaintiff's 3RD, 4TH, 5TH, and 6TH Supplemental Disclosures (ECF No. 96) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
               Deputy Clerk